CLERK
U.S. BANKRUPTCY COURT
NEWPORT NEWS DIVISION
2026 AUG 10 AM 9:08
FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

TWARDA LEE HAMPTON,

Debtor.

Chapter 13
Case No. 25-72810-SCS

**DEBTOR'S EMERGENCY MOTION FOR TEMPORARY RELIEF PENDING RULING ON MOTION TO RECONSIDER ORDER OF DISMISSAL**

COMES NOW the Debtor, Twarda Lee Hampton, appearing pro se, and respectfully moves this Court for emergency temporary relief prohibiting repossession or other collection action against the Debtor's vehicles pending the Court's ruling on the Debtor's concurrently filed Motion to Reconsider and Vacate Order of Dismissal, and in support states as follows:

1. On August 7, 2026, this Court entered an Order of Dismissal (Doc. 49) dismissing the Debtor's Chapter 13 case without prejudice.

2. Contemporaneously with this Motion, the Debtor has filed a Motion to Reconsider and Vacate the Order of Dismissal pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024.

3. As a result of the dismissal, the automatic stay under 11 U.S.C. § 362 has terminated, exposing the Debtor to immediate risk of repossession of the following property that was subject to treatment under the Debtor's Chapter 13 plan:

a. 2022 Land Rover Range Rover Westminster, financed through Bank of America;

b. 2022 Mercedes-Benz GLE 350, financed through Navy Federal Credit Union; and

c. A home water filtration system, financed through Aqua Finance, Inc., and listed in the Debtor's original schedules filed with this case.

4. The Debtor has demonstrated, through amended Schedules I and J submitted to prior counsel on July 29, 2026, the ability to fund a modified Chapter 13 plan following approval of her FERS disability retirement.

5. Absent emergency relief, the Debtor faces irreparable harm in the form of repossession of one or more of the above items of property before this Court can rule on the pending Motion to Reconsider, which would moot the relief sought in that motion as to any repossessed property.

6. The Debtor requests only a brief, temporary preservation of the status quo — until the Court rules on the Motion to Reconsider — and does not request permanent relief through this Motion.

7. In addition to the risk of repossession by the above lienholders, the Debtor is also at risk of collection action by Isle of Wight County and the Town of Smithfield due to unpaid city and town personal property taxes assessed against the 2022 Mercedes-Benz GLE 350. Prior to filing this case, Isle of Wight County and the Town of Smithfield had threatened seizure of both vehicles over this unpaid tax liability, which was among the circumstances that prompted the Debtor to file this Chapter 13 case. With the automatic stay now terminated as a result of the dismissal, the Debtor reasonably anticipates that this collection action may resume absent this Court's intervention. The Debtor notes that the underlying unpaid tax liability is assessed only against the Mercedes-Benz GLE 350, notwithstanding that the prior threatened collection action named both vehicles.

8. The Debtor is a 100% permanent and total disabled veteran and is entitled to a one-vehicle personal property tax exemption from both Isle of Wight County and the Town of Smithfield. The Debtor has designated the 2022 Land

Rover Range Rover Westminster as the exempt vehicle under this designation. Accordingly, the 2022 Land Rover Range Rover Westminster is not subject to any personal property tax liability, and the prior threatened collection action against that vehicle was issued in error.

9. Aqua Finance, Inc. has not contacted the Debtor regarding repossession or default at this time; however, the Debtor includes this creditor out of an abundance of caution given the termination of the automatic stay.

WHEREFORE, the Debtor respectfully requests that this Court:

a. Enter an emergency order temporarily restraining Bank of America, Navy Federal Credit Union, Isle of Wight County, the Town of Smithfield, and Aqua Finance, Inc. from repossessing, seizing, disposing of, or taking any action against the property described above pending a ruling on the Debtor's Motion to Reconsider and Vacate Order of Dismissal;

b. Set an expedited hearing on this Motion; and

c. Grant such other and further relief as the Court deems just and proper.

Dated: August 10, 2026

Respectfully submitted,

Twarda L. Hampton

Twarda Lee Hampton

125 The Firth

Smithfield, VA 23430

Debtor, Pro Se

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion was served on August 10, 2026 upon:

Gregory D. Stefan, Chapter 13 Standing Trustee

1403 Greenbrier Parkway, Suite 400

Chesapeake, VA 23320

William Harville

The Law Office of William Harville

PO Box 460

Urbanna, VA 23175

Bank of America

PO Box 31785

Tampa, FL 33631-3785

Navy Federal Credit Union

PO Box 3000

Merrifield, VA 22119-3000

County of Isle of Wight

PO Box 79

Isle of Wight, VA 23397-0079

Town of Smithfield

PO Box 246

Smithfield, VA 23431-0246

Aqua Finance, Inc.

1 Corporate Drive, Suite 300

Wausau, WI 54401-1724

Twarda Lee Hampton

U.S. BANKRUPTCY COURT
CLERK
NEWPORT NEWS DIVISION
2026 AUG 10 AM 9:12
FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

TWARDA LEE HAMPTON,

Debtor.

Chapter 13
Case No. 25-72810-SCS

**NOTICE OF MOTION AND REQUEST FOR EXPEDITED HEARING**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

Twarda Lee Hampton, the Debtor, has filed a Debtor's Emergency Motion for Temporary Relief Pending Ruling on Motion to Reconsider Order of Dismissal (the "Motion") in the above-captioned case.

Pursuant to LBR 9013-1(N) and (O), the Debtor requests an expedited hearing and a shortened notice period on this Motion due to the immediate risk of repossession of the vehicles and other property described in the Motion and anticipated collection action, including possible seizure, by Isle of Wight County and the Town of Smithfield related to unpaid personal property taxes on the 2022 Mercedes-Benz GLE 350.

**IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE MOTION, YOU MUST FILE A WRITTEN RESPONSE WITH THE CLERK OF THIS COURT AS SOON AS POSSIBLE, AND NO LATER THAN 3 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE AND MOTION, GIVEN THE EMERGENCY NATURE OF THE RELIEF REQUESTED.**

The response must be filed with:

Clerk, United States Bankruptcy Court

Eastern District of Virginia, Norfolk Division

600 Granby Street

Norfolk, VA 23510

and served on the Debtor at the address below.

**BECAUSE OF THE EMERGENCY NATURE OF THIS MOTION, THE DEBTOR REQUESTS THAT THE COURT SET THIS MATTER FOR HEARING ON AN EXPEDITED BASIS OR RULE ON THE PAPERS AS THE COURT DEEMS APPROPRIATE.**

Dated: August 10, 2026

Respectfully submitted,

Twarda L. Hampton

Twarda Lee Hampton

125 The Firth

Smithfield, VA 23430

Debtor, Pro Se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

TWARDA LEE HAMPTON,

Debtor.

Chapter 13
Case No. 25-72810-SCS

**ORDER GRANTING EMERGENCY TEMPORARY RELIEF PENDING RULING ON MOTION TO RECONSIDER**

THIS MATTER came before the Court on the Debtor's Emergency Motion for Temporary Relief Pending Ruling on Motion to Reconsider Order of Dismissal (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that Bank of America, Navy Federal Credit Union, Isle of Wight County, the Town of Smithfield, and Aqua Finance, Inc., and their respective agents and assigns, are TEMPORARILY RESTRAINED from repossessing, seizing, disposing of, or taking any other action against the following property:

a. 2022 Land Rover Range Rover Westminster, financed through Bank of America;

b. 2022 Mercedes-Benz GLE 350, financed through Navy Federal Credit Union and subject to an unpaid personal property tax claim assessed by Isle of Wight County and the Town of Smithfield, which claim is assessed only against this vehicle; and

c. A home water filtration system, financed through Aqua Finance, Inc.;

pending further order of this Court on the Debtor's Motion to Reconsider and Vacate Order of Dismissal; and it is further

ORDERED that this temporary relief shall remain in effect until the Court rules on the Debtor's Motion to Reconsider and Vacate Order of Dismissal, or until further order of this Court; and it is further

ORDERED that the Clerk shall provide notice of this Order to the Debtor, the Chapter 13 Standing Trustee, Bank of America, Navy Federal Credit Union, Isle of Wight County, the Town of Smithfield, and Aqua Finance, Inc.

ENTER:

____________________________

United States Bankruptcy Judge

I ASK FOR THIS:

Twarda L. Hampton

Twarda Lee Hampton

125 The Firth

Smithfield, VA 23430

Debtor, Pro Se