U.S. BANKRUPTCY COURT
CLERK
NEWPORT NEWS DIVISION
2026 AUG 10 AM 9: 12
FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

TWARDA LEE HAMPTON,

Debtor.

Chapter 13
Case No. 25-72810-SCS

**NOTICE OF MOTION AND REQUEST FOR EXPEDITED HEARING**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

Twarda Lee Hampton, the Debtor, has filed a Debtor's Emergency Motion for Temporary Relief Pending Ruling on Motion to Reconsider Order of Dismissal (the "Motion") in the above-captioned case.

Pursuant to LBR 9013-1(N) and (O), the Debtor requests an expedited hearing and a shortened notice period on this Motion due to the immediate risk of repossession of the vehicles and other property described in the Motion and anticipated collection action, including possible seizure, by Isle of Wight County and the Town of Smithfield related to unpaid personal property taxes on the 2022 Mercedes-Benz GLE 350.

**IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE MOTION, YOU MUST FILE A WRITTEN RESPONSE WITH THE CLERK OF THIS COURT AS SOON AS POSSIBLE, AND NO LATER THAN 3 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE AND MOTION, GIVEN THE EMERGENCY NATURE OF THE RELIEF REQUESTED.**

The response must be filed with:

Clerk, United States Bankruptcy Court

Eastern District of Virginia, Norfolk Division

600 Granby Street

Norfolk, VA 23510

and served on the Debtor at the address below.

**BECAUSE OF THE EMERGENCY NATURE OF THIS MOTION, THE DEBTOR REQUESTS THAT THE COURT SET THIS MATTER FOR HEARING ON AN EXPEDITED BASIS OR RULE ON THE PAPERS AS THE COURT DEEMS APPROPRIATE.**

Dated: August 10, 2026

Respectfully submitted,

Twarda L. Hampton

Twarda Lee Hampton

125 The Firth

Smithfield, VA 23430

Debtor, Pro Se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

TWARDA LEE HAMPTON,

Debtor.

Chapter 13
Case No. 25-72810-SCS

**ORDER GRANTING EMERGENCY TEMPORARY RELIEF PENDING RULING ON MOTION TO RECONSIDER**

THIS MATTER came before the Court on the Debtor's Emergency Motion for Temporary Relief Pending Ruling on Motion to Reconsider Order of Dismissal (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that Bank of America, Navy Federal Credit Union, Isle of Wight County, the Town of Smithfield, and Aqua Finance, Inc., and their respective agents and assigns, are TEMPORARILY RESTRAINED from repossessing, seizing, disposing of, or taking any other action against the following property:

a. 2022 Land Rover Range Rover Westminster, financed through Bank of America;

b. 2022 Mercedes-Benz GLE 350, financed through Navy Federal Credit Union and subject to an unpaid personal property tax claim assessed by Isle of Wight County and the Town of Smithfield, which claim is assessed only against this vehicle; and

c. A home water filtration system, financed through Aqua Finance, Inc.;

pending further order of this Court on the Debtor's Motion to Reconsider and Vacate Order of Dismissal; and it is further

ORDERED that this temporary relief shall remain in effect until the Court rules on the Debtor's Motion to Reconsider and Vacate Order of Dismissal, or until further order of this Court; and it is further

ORDERED that the Clerk shall provide notice of this Order to the Debtor, the Chapter 13 Standing Trustee, Bank of America, Navy Federal Credit Union, Isle of Wight County, the Town of Smithfield, and Aqua Finance, Inc.

ENTER:

______________________________

United States Bankruptcy Judge

I ASK FOR THIS:

Twarda L. Hampton

Twarda Lee Hampton

125 The Firth

Smithfield, VA 23430

Debtor, Pro Se