**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CLERK
U.S. BANKRUPTCY COURT
NEWPORT NEWS DIVISION
2026 AUG 12 PM 12: 06
FILED

In re:

TWARDA LEE HAMPTON,
Debtor.

Case No. 25-72810-SCS
Chapter 13

## REQUEST FOR EXPEDITED HEARING ON MOTION TO RECONSIDER

Debtor, pro se, respectfully requests that the Court set an expedited hearing on the Motion to Reconsider and Vacate Order of Dismissal [Doc. 52].

1. On August 11, 2026, the Court entered an Order Declining to Schedule Hearing [Doc. 55], finding that service on the Trustee and prior counsel alone was insufficient notice to creditors and parties in interest.

2. Debtor has since served the Motion to Reconsider and Notice of Motion on all parties listed on the creditor mailing matrix, as reflected in the Certificate of Service filed concurrently herewith.

3. Debtor's vehicles remain subject to imminent repossession following dismissal of this case, and Debtor's prior Emergency Motion for Temporary Relief was denied for lack of jurisdiction due to the case's dismissed status [Doc. 56]. The Land Rover Range Rover at immediate risk of repossession is Debtor's qualifying vehicle used primarily by Debtor as a 100% service-connected, permanently and totally disabled veteran.

4. Debtor requests the Court set this matter for hearing on shortened notice, given the ongoing risk of irreversible loss of estate property while this Motion remains pending.

WHEREFORE, Debtor requests the Court schedule an expedited hearing on the Motion to Reconsider at the Court's earliest convenience.

Respectfully submitted,

Twarda L. Hampton

Twarda Lee Hampton, Debtor, Pro Se
125 The Firth
Smithfield, VA 23430-1672
Phone: 757-323-0391

Date: August 12, 2026

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

TWARDA LEE HAMPTON,
Debtor.

Case No. 25-72810-SCS
Chapter 13

## CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

(Required by LBR 9013-1(N) - attached to the above)

In support of the attached request for an expedited hearing, I hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing, because Debtor's vehicles remain at risk of repossession following dismissal of this case, and the automatic stay is not currently in effect to prevent further collection action.

2. I have not created the emergency through any lack of due diligence. The circumstances resulting in dismissal were not caused by any lack of diligence by Debtor. Debtor promptly moved to correct the service defect identified in the Court's Order Declining to Schedule Hearing [Doc. 55] upon receiving it.

3. I have made a bona fide effort to resolve the matter without a hearing, including attempting to contact the relevant creditor(s) directly regarding the status of the vehicles prior to seeking Court intervention.

Twarda L. Hampton

Twarda Lee Hampton, Debtor, Pro Se
125 The Firth
Smithfield, VA 23430-1672
Phone: 757-323-0391

Date: August 12, 2026