Official Form 417A (12/23)

CLERK
U.S. BANKRUPTCY COURT
NEWPORT NEWS DIVISION
2026 AUG 13 PM 1:29
FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA - NORFOLK DIVISION
In re: Twarda Lee Hampton, Debtor Case No. 25-72810-SCS Chapter 13

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
Twarda Lee Hampton

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ____________

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☒ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) ____________

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
Order of Dismissal [Doc. 49] dismissing Chapter 13 case without prejudice

2. State the date on which the judgment—or the appealable order or decree—was entered:
August 7, 2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Gregory D. Stefan, Chapter 13 Trustee Attorney: Gregory D. Stefan
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000

2. Party: ____________ Attorney: ____________

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Twarda L. Hampton

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 08/13/2026

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Twarda Lee Hampton, Debtor, Pro Se
125 The Firth
Smithfield, VA 23430-1672
757-323-0391

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re: TWARDA LEE HAMPTON

Chapter 13
Case No.: 25-72810-SCS

Debtor

## ORDER OF DISMISSAL

**IT** appearing, upon notice, that a petition for proceeding under the provision of Chapter 13 of the Bankruptcy Code was filed by the above named Debtor on December 2, 2025, and that said Debtor has failed to comply with the Order Denying Confirmation entered on February 02, 2026, by failing to file a modified plan. It is therefore,

**ORDERED** that the case be, and it hereby is, dismissed without prejudice.

**Date Entered:** Aug 6 2026

/s/ Stephen C St-John
**Judge**

Entered On Docket: Aug 7 2026

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000

I ASK FOR THIS:

/s/ Gregory D. Stefan

Gregory D. Stefan
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000

## LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Gregory D. Stefan

Gregory D. Stefan
Chapter 13 Standing Trustee

Parties to receive copies:

TWARDA LEE HAMPTON
125 THE FIRTH
SMITHFIELD, VA 23430

WILLIAM HARVILLE
THE LAW OFFICE OF WILLIAM HARVILLE
PO BOX 460
URBANNA, VA 23175

Gregory D. Stefan
VSB No. 40855
Chapter 13 Standing Trustee
1403 Greenbrier Parkway, Suite 400
Chesapeake, VA 23320
(757) 961-3000